IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith,           )
          Plaintiff      )
                         )
V                        )    06 1957
                         )
                         )
FEDERAL BUREAU OF PRISONS, )
          Defendant.     )

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully asks this Honorable Court to allow the Plaintiff to submit a complaint in the above title without requiring the Plaintiff to pay the required filing fee.

Respectfully submitted

*/s/ Gary L. Smith*

Gary L. Smith, Pro Se

Date: 25-Sept-06

#52962-019
P.O. Box 150160
Atlanta, Georgia 30315

RECEIVED
OCT 06 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,                )
                              )
              Plaintiff,      )
                              )
v.                            )
                              )
                              )
                              )
FEDERAL BUREAU OF PRISONS,    )
              Defendant.      )

AFFIDAVIT IN SUPPORT OF MOTION TO
PROCEED IN FORMA PAUPRIS

I, Gary L. Smith, affirm under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge:

1) I am the Plaintiff in the above entitled action;
2) I am unable to pay the costs of these proceedings and I am entitled to relief sought in the complaint;
3) I am presently incarcerated at FCI Atlanta;
4) I am currently unemployed. My last employment was in June 2006, with my montly earnings of $12.24;
5) I have received gifts from my family in the past

- 1 -

twelve months, with a montly average of less than $20.00;
6) I have an inmate savings account with a $.17 available balance;
7) I have no other dependants;
8) I currently have sixty percent (60%) of ALL monies deposited in my inmate account encumbered;
9) I have attached a current copy of my inmate account (Exhibit #1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 25-Sept-06      by: _____

Gary L Smith, Pro Se
# 52962-019
PO Box 150160
Atlanta, Georgia 30315

-2-