UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GARY L. SMITH,            )
                          )
            Plaintiff,    )
                          )
        v.                )  Civil Action No. 06-1957 (RJL)
                          )
FEDERAL BUREAU OF PRISONS,)
                          )
            Defendant.    )

## TRANSFER ORDER

Plaintiff, proceeding *pro se* and *in forma pauperis*, has filed a complaint under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680. Because this venue is improper for litigating the claim, the Court finds it in the interests of justice and judicial economy to transfer the case before service of process.

Plaintiff is a federal prisoner currently confined at the United States Penitentiary in Atlanta, Georgia. He alleges that in September 2005, BOP staff seized and then destroyed his photographs. He seeks $5,800 in damages. Under the FTCA's venue statute, this action "may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b). Plaintiff claims to be a Florida resident "who at all times relevant to this action was a resident of the [BOP] at various locations." Compl. at 2. He does not state where the events giving rise to the complaint occurred, but they could not have occurred within this judicial district because there are no

BOP facilities in the District of Columbia. The Court will transfer the case to the judicial district where plaintiff is confined. Accordingly, it is this 6th day of December 2006,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Northern District of Georgia. Pursuant to this Court's practice, the transfer is stayed for twenty (20) days to allow plaintiff time to assert grounds for reconsideration of the order.

SO ORDERED.

Richard J. Leon
United States District Judge