IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith, )
                      Plaintiff, )
                                 )
v.                               ) Case No: 1:06-CV-1957 RJL
                                 )
                                 )
FEDERAL BUREAU OF PRISONS, )
                      Defendant. )

## MOTION FOR SERVICE OF SUMMONS BY U.S. MARSHALS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and requests this Honorable Court to direct the U.S. Marshals to perform service of summons and complaint on the Defendant, in accordance with Rule 4(c)(2) of the Fed. R. of Civ. P.

Respectfully submitted,

Date: 8-Dec-06

_____
Gary L. Smith, Pro Se

#52962-019
P.O. Box 150160
Atlanta, Georgia 30315