UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GARY L. SMITH, )
)
      Plaintiff, )
)
      v. )  Civil Action No. 06-1957 (RJL)
)
FEDERAL BUREAU OF PRISONS, )
)
      Defendant. )

ORDER

It is hereby

ORDERED that plaintiff's motion for service of process [Dkt. No. 7] is DENIED in view of the transfer order issued on December 7, 2006.

SO ORDERED.

*/s/ Richard J. Leon*
Richard J. Leon
United States District Judge

December 18th, 2006