IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

DEC 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith,

              Plaintiff,

v.

              Case No: 1:06-CV-1957 RJL

FEDERAL BUREAU OF PRISONS,

              Defendant.

## MOTION FOR RECONSIDERATION

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and hereby objects to Honorable Richard J. Leon's order transferring this instant at bar to the Northern District of Georgia for the following reasons:

1. The actions and basis of claim arise from FCI Gilmer in Glenville, West Virginia and USP Big Sandy, in Big Sandy, Kentucky.

2. The Defendant is in the process of transferring the Plaintiff from FCI Atlanta to an unknown location.

— 1 —

3. For the purposes of determining citizenship and residency, Courts use location of permanent residence, <u>not</u> location of incarceration (see Plaintiff's P.S.R. - W.D. of MO, case no 02-5019).

4. This Court should retain jurisdiction because the basis of complaint (see Amended, Complaint), spans two different federal districts (e.g. Fourth and Sixth circuits).

5. The Defendant has offices and conducts business within this district. It is a component of the Department of Justice.

6. The Defendant would not be prejudice if this Court retained jurisdiction.

Respectfully Submitted

Date: 14-Dec-06

Gary L Smith, Pro Se

#52962-019
P.O. Box 150160
Atlanta, Georgia 30315

- 2 -