UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GARY L. SMITH,                )
                              )
            Plaintiff,        )
                              )
       v.                     )   Civil Action No. 06-1957 (RJL)
                              )
FEDERAL BUREAU OF PRISONS,    )
                              )
            Defendant.        )

ORDER

Plaintiff moves for reconsideration of the Order transferring this case to the Northern District of Georgia, the judicial district of his confinement. Motions for reconsideration of final orders are committed to the sound discretion of the trial court to grant or deny. *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996). A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Id.* (citations and quotation marks omitted).

Plaintiff asserts, among other reasons for the motion, that he is being transferred from the United States Penitentiary in Atlanta, Georgia, to an unknown location. According to the Bureau of Prisons' inmate locator, however, plaintiff is still confined at USP Atlanta. Plaintiff also suggests that the Court erred in treating his place of confinement as his residence in considering the proper venue for this action brought under Federal Tort Claims Act. *But see Starnes v. McGuire,* 512 F.2d 918, 925 n.7 (D.C. Cir. 1974) ("[W]e believe that for the purposes of [venue] Sections 1391(e) and 1404(a) a prisoner has his 'residence' at his place of

confinement.") (citations omitted). In the current motion, plaintiff identifies two locations where the alleged events occurred, but he has not indicated which of two venues is best situated for litigating his claim. None of the events occurred in the District of Columbia. The motion therefore provides no basis for vacating the transfer order and maintaining the action here. Accordingly, it is this 12th day of January 2007,

ORDERED that plaintiff's Motion for Reconsideration [Dkt. No. 9] is DENIED.

SO ORDERED.

_____
Richard J. Leon
United States District Judge